

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-11-00892-CR

Amy Lee **YARA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR2906
Honorable Maria Teresa Herr, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED. Appellate counsel's motion to withdraw is GRANTED.

SIGNED June 12, 2013.

_____
Patricia O. Alvarez, Justice